ATLANTIC CITY RAILROAD COMPANY, RESPONDENT, v. CHARLES E. JACKSON, MAYOR, ET AL., APPELLANTS.

Argued May 28, 1924—Decided October 20, 1924.

On appeal from the Supreme Court, whose opinion is reported in 99 *N. J. L.* 328.

For the respondent, *Thompson & Haustein.*

For the appellants, *Louis D. Champion.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLEN-NON, KAYS, JJ. 14.

*For reversal*—None.